Form NoMD                                                                                      Entered: 4/13/26

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.:  26–41249
Chapter:  13
Judge:  Brenda T. Rhoades

In Re:

Richard Alfonzo Quezada and Yvonne Kirby Quezada

### NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above–referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by April 24, 2026.**

Schedules
B 106 Declaration – Declaration About an Individual Debtor`s Schedules
B 106 Summary – A Summary of Your Assets and Liabilities and Certain Statistical Information
B 106A/B – Schedule A/B: Property
B 106C – Schedule C: The Property You Claim as Exempt
B 106D – Schedule D: Creditors Who Hold Claims Secured By Property
B 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims
B 106G – Schedule G: Executory Contracts and Unexpired Leases
B 106H – Schedule H: Your Codebtors
B 106I – Schedule I: Your Income
B 106J – Schedule J: Your Expenses
B 106J–2 – Schedule J–2: Expenses for Separate Household of Debtor 2

Statements
B 107 – Your Statement of Financial Affairs for Individuals Filing Bankruptcy

Chapter 13
B 122C–1 – Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
B 122C–2 – Chapter 13 Calculation of Your Disposable Income

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. §521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at https://www.uscourts.gov/forms/bankruptcy–forms.**

Signed on:

April 13, 2026

Jason K. McDonald
CLERK OF THE COURT